1006

No. 04–6365. YANT v. GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6367. CONSTANT v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 04–6369. COFIELD v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6375. MULLIN v. DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION. Ct. App. D. C. Certiorari denied.

No. 04–6376. MONK v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6380. MIDKIFF v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6388. LYLES v. SEACOR MARINE, INC. C. A. 5th Cir. Certiorari denied.

No. 04–6389. JOHNSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6391. JOHNSON v. COOLMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6395. FAYED v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–6400. POTTS v. OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 04–6404. SKUNDOR v. GANDEE ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6406. SANDERS v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6407. BELL v. PAPPERT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.